# Exhibit A

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 1 | DISP-31732 | $2,578 | 10/19/2022 | $149 | $2,429 |
| 2 | DISP-80501 | $1,289 | 12/5/2022 | $0 | $1,289 |
| 3 | DISP-80501 | $3,867 | 12/5/2022 | $0 | $3,867 |
| 4 | DISP-93809 | $2,578 | 4/20/2023 | $0 | $2,578 |
| 5 | DISP-93809 | $2,578 | 4/20/2023 | $0 | $2,578 |
| 6 | DISP-214817 | $1,570 | 7/31/2023 | $120 | $1,450 |
| 7 | DISP-392053 | $4,963 | 10/25/2023 | $4,871 | $92 |
| 8 | DISP-682939 | $1,570 | 1/8/2024 | $91 | $1,479 |
| 9 | DISP-697065 | $1,158 | 2/12/2024 | $1,123 | $35 |
| 10 | DISP-54923 | $3,309 | 6/3/2024 | $158 | $3,150 |
| 11 | DISP-80464 | $6,617 | 7/2/2024 | $1,421 | $5,196 |
| 12 | DISP-1404775 | $1,158 | 9/9/2024 | $1,151 | $7 |
| 13 | DISP-1290508 | $4,963 | 9/17/2024 | $422 | $4,541 |
| 14 | DISP-1148444 | $3,309 | 9/26/2024 | $3,198 | $111 |
| 15 | DISP-1723961 | $308 | 10/9/2024 | $297 | $11 |
| 16 | DISP-1509394 | $1,654 | 11/11/2024 | $1,636 | $19 |
| 17 | DISP-682836 | $3,309 | 11/11/2024 | $3,096 | $213 |
| 18 | DISP-228521 | $1,158 | 11/18/2024 | $1,125 | $33 |
| 19 | DISP-1405325 | $1,158 | 12/3/2024 | $552 | $606 |
| 20 | DISP-1724089 | $449 | 12/4/2024 | $359 | $90 |
| 21 | DISP-1786356 | $1,158 | 12/10/2024 | $1,127 | $31 |
| 22 | DISP-936449 | $1,654 | 12/13/2024 | $1,646 | $8 |
| 23 | DISP-1922679 | $1,158 | 12/13/2024 | $46 | $1,111 |
| 24 | DISP-1240719 | $1,570 | 12/17/2024 | $91 | $1,479 |
| 25 | DISP-1568709 | $4,963 | 12/24/2024 | $4,896 | $67 |
| 26 | DISP-747214 | $1,570 | 12/26/2024 | $-192 | $1,761 |
| 27 | DISP-1923397 | $4,963 | 1/6/2025 | $711 | $4,252 |
| 28 | DISP-2293778 | $1,158 | 1/10/2025 | $1,114 | $44 |
| 29 | DISP-683423 | $91 | 1/11/2025 | $0 | $91 |
| 30 | DISP-1479330 | $1,654 | 1/17/2025 | $1,322 | $332 |
| 31 | DISP-1470886 | $154 | 1/17/2025 | $144 | $10 |
| 32 | DISP-1470886 | $154 | 1/17/2025 | $140 | $15 |
| 33 | DISP-1923012 | $4,963 | 1/25/2025 | $316 | $4,647 |
| 34 | DISP-1148137 | $319 | 1/29/2025 | $237 | $83 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 35 | DISP-1148137 | $158 | 1/29/2025 | $0 | $158 |
| 36 | DISP-1922467 | $112 | 2/19/2025 | $90 | $22 |
| 37 | DISP-2060886 | $1,570 | 2/20/2025 | $127 | $1,443 |
| 38 | DISP-2060886 | $1,570 | 2/20/2025 | $91 | $1,479 |
| 39 | DISP-2294099 | $3,309 | 2/24/2025 | $3,096 | $213 |
| 40 | DISP-2472727 | $35 | 2/25/2025 | $17 | $17 |
| 41 | DISP-2472646 | $91 | 2/25/2025 | $45 | $45 |
| 42 | DISP-2388640 | $6,617 | 3/10/2025 | $6,167 | $450 |
| 43 | DISP-2472649 | $1,570 | 3/10/2025 | $136 | $1,433 |
| 44 | DISP-2574067 | $8,272 | 3/11/2025 | $8,068 | $204 |
| 45 | DISP-2573643 | $297 | 3/11/2025 | $0 | $297 |
| 46 | DISP-2473151 | $1,158 | 3/11/2025 | $65 | $1,092 |
| 47 | DISP-1079911 | $1,654 | 3/11/2025 | $122 | $1,532 |
| 48 | DISP-1036659 | $1,654 | 3/18/2025 | $1,644 | $11 |
| 49 | DISP-1409627 | $1,570 | 3/18/2025 | $129 | $1,441 |
| 50 | DISP-1387597 | $1,158 | 3/24/2025 | $0 | $1,158 |
| 51 | DISP-686046 | $3,309 | 3/28/2025 | $3,255 | $53 |
| 52 | DISP-2475499 | $237 | 4/3/2025 | $118 | $118 |
| 53 | DISP-2573129 | $2,229 | 4/11/2025 | $2,214 | $15 |
| 54 | DISP-686165 | $2,229 | 4/15/2025 | $86 | $2,143 |
| 55 | DISP-683542 | $1,817 | 4/18/2025 | $0 | $1,817 |
| 56 | DISP-1785732 | $8,875 | 4/21/2025 | $8,819 | $56 |
| 57 | DISP-2539022 | $1,775 | 4/28/2025 | $1,741 | $34 |
| 58 | DISP-63771 | $4,963 | 4/28/2025 | $0 | $4,963 |
| 59 | DISP-2539026 | $3,550 | 4/29/2025 | $3,528 | $22 |
| 60 | DISP-2538951 | $3,550 | 4/29/2025 | $3,505 | $45 |
| 61 | DISP-1786307 | $1,775 | 4/29/2025 | $74 | $1,701 |
| 62 | DISP-2539001 | $1,775 | 4/30/2025 | $1,753 | $22 |
| 63 | DISP-2389175 | $1,158 | 5/8/2025 | $33 | $1,125 |
| 64 | DISP-2573246 | $1,158 | 5/9/2025 | $0 | $1,158 |
| 65 | DISP-2539007 | $3,550 | 5/9/2025 | $1,667 | $1,883 |
| 66 | DISP-1240965 | $1,035 | 5/14/2025 | $433 | $603 |
| 67 | DISP-1317647 | $1,817 | 5/14/2025 | $52 | $1,765 |
| 68 | DISP-1317647 | $1,817 | 5/14/2025 | $52 | $1,765 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 69 | DISP-1317647 | $1,817 | 5/14/2025 | $35 | $1,782 |
| 70 | DISP-1785648 | $1,817 | 5/15/2025 | $33 | $1,784 |
| 71 | DISP-1290697 | $1,817 | 5/19/2025 | $49 | $1,768 |
| 72 | DISP-2129619 | $2,229 | 5/20/2025 | $91 | $2,138 |
| 73 | DISP-683292 | $1,158 | 5/21/2025 | $112 | $1,046 |
| 74 | DISP-1860101 | $1,817 | 5/22/2025 | $35 | $1,782 |
| 75 | DISP-2246093 | $1,817 | 5/22/2025 | $35 | $1,782 |
| 76 | DISP-2246204 | $3,550 | 5/22/2025 | $158 | $3,392 |
| 77 | DISP-2388915 | $5,325 | 5/29/2025 | $223 | $5,102 |
| 78 | DISP-1783324 | $1,817 | 6/3/2025 | $33 | $1,784 |
| 79 | DISP-3113189 | $337 | 6/4/2025 | $223 | $114 |
| 80 | DISP-1478604 | $5,325 | 6/4/2025 | $223 | $5,102 |
| 81 | DISP-1318308 | $3,550 | 6/5/2025 | $149 | $3,401 |
| 82 | DISP-1405033 | $3,550 | 6/11/2025 | $211 | $3,339 |
| 83 | DISP-1405033 | $3,550 | 6/11/2025 | $126 | $3,424 |
| 84 | DISP-1405033 | $3,550 | 6/11/2025 | $104 | $3,446 |
| 85 | DISP-1405033 | $14,200 | 6/11/2025 | $631 | $13,569 |
| 86 | DISP-1682873 | $1,817 | 6/12/2025 | $35 | $1,782 |
| 87 | DISP-1682873 | $1,817 | 6/12/2025 | $35 | $1,782 |
| 88 | DISP-1682873 | $1,817 | 6/12/2025 | $33 | $1,784 |
| 89 | DISP-3113073 | $3,550 | 6/15/2025 | $149 | $3,401 |
| 90 | DISP-1241027 | $49 | 6/17/2025 | $35 | $15 |
| 91 | DISP-1724434 | $1,775 | 6/17/2025 | $74 | $1,701 |
| 92 | DISP-1724434 | $1,775 | 6/17/2025 | $45 | $1,730 |
| 93 | DISP-1724434 | $7,100 | 6/17/2025 | $316 | $6,784 |
| 94 | DISP-1783083 | $3,550 | 6/18/2025 | $224 | $3,326 |
| 95 | DISP-1240818 | $5,325 | 6/20/2025 | $223 | $5,102 |
| 96 | DISP-2061290 | $2,229 | 6/23/2025 | $91 | $2,138 |
| 97 | DISP-2131421 | $7,100 | 6/23/2025 | $316 | $6,784 |
| 98 | DISP-3038801 | $1,817 | 6/24/2025 | $33 | $1,784 |
| 99 | DISP-2246585 | $2,229 | 6/24/2025 | $91 | $2,138 |
| 100 | DISP-1318181 | $5,325 | 6/26/2025 | $79 | $5,246 |
| 101 | DISP-2354390 | $1,158 | 6/27/2025 | $28 | $1,130 |
| 102 | DISP-2246414 | $2,229 | 7/2/2025 | $125 | $2,104 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 103 | DISP-1979595 | $1,654 | 7/8/2025 | $74 | $1,580 |
| 104 | DISP-1241084 | $1,775 | 7/16/2025 | $79 | $1,696 |
| 105 | DISP-3522239 | $3,550 | 7/16/2025 | $74 | $3,476 |
| 106 | DISP-1240791 | $1,817 | 7/17/2025 | $35 | $1,782 |
| 107 | DISP-1290656 | $1,158 | 7/24/2025 | $35 | $1,123 |
| 108 | DISP-1079351 | $1,817 | 7/29/2025 | $43 | $1,774 |
| 109 | DISP-1784755 | $1,817 | 8/5/2025 | $33 | $1,784 |
| 110 | DISP-1922583 | $1,158 | 8/7/2025 | $22 | $1,135 |
| 111 | DISP-1784505 | $1,817 | 8/7/2025 | $69 | $1,748 |
| 112 | DISP-2508705 | $2,229 | 8/13/2025 | $358 | $1,871 |
| 113 | DISP-1923834 | $1,158 | 8/14/2025 | $34 | $1,123 |
| 114 | DISP-2246901 | $1,775 | 8/22/2025 | $79 | $1,696 |
| 115 | DISP-2129493 | $8,875 | 8/22/2025 | $0 | $8,875 |
| 116 | DISP-2062135 | $1,158 | 8/27/2025 | $33 | $1,125 |
| 117 | DISP-2472884 | $2,229 | 9/12/2025 | $86 | $2,143 |
| 118 | DISP-2472884 | $2,229 | 9/12/2025 | $86 | $2,143 |
| 119 | DISP-4053172 | $7,100 | 9/25/2025 | $7,010 | $90 |
| 120 | DISP-4052251 | $2,229 | 9/25/2025 | $91 | $2,138 |
| 121 | DISP-4052010 | $2,229 | 9/25/2025 | $39 | $2,190 |
| 122 | DISP-1080077 | $3,309 | 9/29/2025 | $401 | $2,907 |
| 123 | DISP-4053643 | $2,229 | 10/14/2025 | $109 | $2,120 |
| 124 | DISP-4182112 | $8,875 | 10/16/2025 | $420 | $8,455 |
| 125 | DISP-3958129 | $2,229 | 10/17/2025 | $91 | $2,138 |
| 126 | DISP-3958087 | $3,550 | 10/17/2025 | $158 | $3,392 |
| 127 | DISP-4050225 | $1,775 | 10/20/2025 | $79 | $1,696 |
| 128 | DISP-4052483 | $1,817 | 10/22/2025 | $0 | $1,817 |
| 129 | DISP-4181372 | $1,817 | 10/22/2025 | $0 | $1,817 |
| 130 | DISP-4050373 | $1,817 | 10/23/2025 | $20 | $1,798 |
| 131 | DISP-4051456 | $1,817 | 10/28/2025 | $14 | $1,803 |
| 132 | DISP-4049775 | $3,550 | 10/31/2025 | $3,505 | $45 |
| 133 | DISP-4181349 | $1,775 | 11/10/2025 | $74 | $1,701 |
| 134 | DISP-4181327 | $1,817 | 11/11/2025 | $0 | $1,817 |
| 135 | DISP-4368063 | $2,229 | 11/11/2025 | $86 | $2,143 |
| 136 | DISP-4368063 | $2,229 | 11/11/2025 | $86 | $2,143 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 137 | DISP-4369246 | $3,550 | 11/11/2025 | $45 | $3,505 |
| 138 | DISP-4369382 | $1,775 | 11/12/2025 | $197 | $1,578 |
| 139 | DISP-1471110 | $1,817 | 11/17/2025 | $35 | $1,782 |
| 140 | DISP-1471110 | $1,817 | 11/17/2025 | $22 | $1,795 |
| 141 | DISP-4368836 | $65 | 11/20/2025 | $33 | $33 |
| 142 | DISP-4368836 | $1,817 | 11/20/2025 | $33 | $1,784 |
| 143 | DISP-4368968 | $1,817 | 11/21/2025 | $41 | $1,776 |
| 144 | DISP-4369127 | $1,775 | 11/24/2025 | $122 | $1,653 |
| 145 | DISP-4368631 | $52 | 11/25/2025 | $0 | $52 |
| 146 | DISP-4368565 | $1,817 | 11/25/2025 | $35 | $1,782 |
| 147 | DISP-4369982 | $414 | 12/11/2025 | $40 | $374 |
| 148 | DISP-4369982 | $414 | 12/11/2025 | $40 | $374 |
| 149 | DISP-4368496 | $3,550 | 12/15/2025 | $225 | $3,325 |
| 150 | DISP-4368940 | $5,325 | 12/15/2025 | $237 | $5,088 |
| 151 | DISP-4367971 | $7,100 | 12/16/2025 | $316 | $6,784 |
| 152 | DISP-4369761 | $2,229 | 12/22/2025 | $91 | $2,138 |
| 153 | DISP-4369604 | $1,817 | 12/31/2025 | $0 | $1,817 |
| 154 | DISP-437945 | $3,550 | 1/2/2026 | $158 | $3,392 |
| 155 | DISP-437945 | $3,550 | 1/2/2026 | $137 | $3,413 |
| 156 | DISP-4663668 | $3,608 | 1/2/2026 | $149 | $3,459 |
| 157 | DISP-4663803 | $1,804 | 1/6/2026 | $201 | $1,603 |
| 158 | DISP-4663686 | $1,804 | 1/8/2026 | $64 | $1,740 |
| 159 | DISP-4663696 | $3,608 | 1/8/2026 | $0 | $3,608 |
| 160 | DISP-1386371 | $1,804 | 1/10/2026 | $1,654 | $150 |
| 161 | DISP-1386371 | $5,412 | 1/10/2026 | $4,963 | $449 |
| 162 | DISP-1913677 | $2,710 | 2/3/2026 | $91 | $2,619 |
| 163 | DISP-4595356 | $3,786 | 3/11/2026 | $163 | $3,623 |
| 164 | DISP-5336312 | $2,209 | 3/17/2026 | $35 | $2,174 |
| 165 | DISP-5336032 | $2,710 | 3/17/2026 | $91 | $2,619 |
| 166 | DISP-4964435 | $2,209 | 3/18/2026 | $68 | $2,141 |
| 167 | DISP-5334863 | $2,209 | 3/18/2026 | $33 | $2,176 |
| 168 | DISP-5334879 | $2,209 | 3/19/2026 | $35 | $2,174 |
| 169 | DISP-5466078 | $2,209 | 4/1/2026 | $37 | $2,172 |
| 170 | DISP-5464368 | $2,710 | 4/15/2026 | $91 | $2,619 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 171 | DISP-5334963 | $2,209 | 4/16/2026 | $32 | $2,177 |
| 172 | DISP-5465986 | $2,710 | 4/23/2026 | $141 | $2,569 |
| 173 | DISP-4599205 | $2,209 | 4/27/2026 | $65 | $2,144 |
| 174 | DISP-4598247 | $2,710 | 4/27/2026 | $112 | $2,598 |
| 175 | DISP-4599246 | $3,608 | 4/27/2026 | $393 | $3,215 |
| 176 | DISP-4599059 | $3,608 | 4/27/2026 | $158 | $3,450 |
| 177 | DISP-4598039 | $5,412 | 4/27/2026 | $113 | $5,299 |
| 178 | DISP-5599569 | $2,209 | 4/28/2026 | $33 | $2,176 |
| 179 | DISP-4599115 | $2,710 | 4/30/2026 | $319 | $2,391 |
| 180 | DISP-5693660 | $2,209 | 5/1/2026 | $47 | $2,162 |
| 181 | DISP-5335597 | $2,209 | 5/1/2026 | $35 | $2,174 |
| 182 | DISP-5693771 | $2,209 | 5/5/2026 | $19 | $2,190 |
| 183 | DISP-4799455 | $2,710 | 5/5/2026 | $50 | $2,660 |
| 184 | DISP-4800144 | $1,804 | 5/6/2026 | $45 | $1,759 |
| 185 | DISP-4800144 | $5,412 | 5/6/2026 | $237 | $5,175 |
| 186 | DISP-5737820 | $1,037 | 5/7/2026 | $78 | $959 |
| 187 | DISP-5737820 | $1,995 | 5/7/2026 | $35 | $1,961 |
| 188 | DISP-5737820 | $2,448 | 5/7/2026 | $91 | $2,357 |
| 189 | DISP-5737820 | $3,259 | 5/7/2026 | $158 | $3,101 |
| 190 | DISP-5725094 | $485 | 5/8/2026 | $355 | $130 |
| 191 | DISP-5725094 | $3,317 | 5/8/2026 | $116 | $3,201 |
| 192 | DISP-5465000 | $2,209 | 5/12/2026 | $122 | $2,087 |
| 193 | DISP-5693778 | $2,209 | 5/12/2026 | $65 | $2,144 |
| 194 | DISP-4597262 | $2,209 | 5/12/2026 | $40 | $2,169 |
| 195 | DISP-4800594 | $504 | 5/13/2026 | $8 | $496 |
| 196 | DISP-4758122 | $2,710 | 5/13/2026 | $91 | $2,619 |
| 197 | DISP-5726301 | $1,056 | 5/14/2026 | $73 | $983 |
| 198 | DISP-5726301 | $2,031 | 5/14/2026 | $41 | $1,990 |
| 199 | DISP-5726301 | $2,491 | 5/14/2026 | $106 | $2,385 |
| 200 | DISP-5726301 | $3,317 | 5/14/2026 | $393 | $2,924 |
| 201 | DISP-5737874 | $1,167 | 5/15/2026 | $124 | $1,043 |
| 202 | DISP-5466417 | $1,804 | 5/15/2026 | $116 | $1,688 |
| 203 | DISP-4596793 | $2,209 | 5/15/2026 | $122 | $2,087 |
| 204 | DISP-5737874 | $2,245 | 5/15/2026 | $53 | $2,191 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 205 | DISP-5737874 | $2,754 | 5/15/2026 | $141 | $2,613 |
| 206 | DISP-4598091 | $2,710 | 5/15/2026 | $91 | $2,619 |
| 207 | DISP-4596983 | $3,608 | 5/15/2026 | $272 | $3,336 |
| 208 | DISP-4966477 | $3,608 | 5/15/2026 | $116 | $3,492 |
| 209 | DISP-4596772 | $3,608 | 5/15/2026 | $113 | $3,495 |
| 210 | DISP-5737874 | $5,500 | 5/15/2026 | $116 | $5,384 |
| 211 | DISP-4595229 | $2,209 | 5/18/2026 | $43 | $2,166 |
| 212 | DISP-4797688 | $2,209 | 5/18/2026 | $35 | $2,174 |
| 213 | DISP-4967973 | $9,020 | 5/18/2026 | $395 | $8,625 |
| 214 | DISP-4966971 | $2,209 | 5/19/2026 | $43 | $2,166 |
| 215 | DISP-4967195 | $2,209 | 5/20/2026 | $67 | $2,142 |
| 216 | DISP-5086327 | $2,209 | 5/20/2026 | $41 | $2,168 |
| 217 | DISP-4967607 | $2,209 | 5/20/2026 | $35 | $2,174 |
| 218 | DISP-4596247 | $3,608 | 5/20/2026 | $393 | $3,215 |
| 219 | DISP-4967104 | $3,608 | 5/20/2026 | $393 | $3,215 |
| 220 | DISP-4595749 | $3,608 | 5/20/2026 | $79 | $3,529 |
| 221 | DISP-4954977 | $5,412 | 5/20/2026 | $582 | $4,830 |
| 222 | DISP-5160542 | $2,209 | 5/21/2026 | $43 | $2,166 |
| 223 | DISP-4781936 | $2,209 | 5/21/2026 | $33 | $2,176 |
| 224 | DISP-4796045 | $136 | 5/22/2026 | $124 | $12 |
| 225 | DISP-4798265 | $1,804 | 5/22/2026 | $197 | $1,607 |
| 226 | DISP-4954526 | $1,804 | 5/22/2026 | $79 | $1,725 |
| 227 | DISP-4781878 | $2,209 | 5/22/2026 | $41 | $2,168 |
| 228 | DISP-4781714 | $2,209 | 5/22/2026 | $35 | $2,174 |
| 229 | DISP-4798212 | $2,209 | 5/22/2026 | $33 | $2,176 |
| 230 | DISP-4964276 | $2,209 | 5/22/2026 | $33 | $2,176 |
| 231 | DISP-4801212 | $2,710 | 5/22/2026 | $136 | $2,574 |
| 232 | DISP-4797836 | $2,710 | 5/22/2026 | $109 | $2,601 |
| 233 | DISP-4923258 | $2,710 | 5/22/2026 | $0 | $2,710 |
| 234 | DISP-4954918 | $9,020 | 5/22/2026 | $149 | $8,871 |
| 235 | DISP-5086045 | $2,209 | 5/23/2026 | $35 | $2,174 |
| 236 | DISP-5160747 | $2,209 | 5/23/2026 | $33 | $2,176 |
| 237 | DISP-5085699 | $1,804 | 5/24/2026 | $79 | $1,725 |
| 238 | DISP-5086955 | $2,710 | 5/24/2026 | $106 | $2,604 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 239 | DISP-5088944 | $3,608 | 5/24/2026 | $393 | $3,215 |
| 240 | DISP-5089129 | $5,412 | 5/24/2026 | $422 | $4,990 |
| 241 | DISP-4967547 | $2,710 | 5/30/2026 | $178 | $2,532 |
| 242 | DISP-4965649 | $2,710 | 5/30/2026 | $91 | $2,619 |
| 243 | DISP-5885950 | $441 | 6/1/2026 | $76 | $365 |
| 244 | DISP-5881735 | $443 | 6/1/2026 | $39 | $403 |
| 245 | DISP-5881838 | $443 | 6/1/2026 | $39 | $403 |
| 246 | DISP-5885950 | $562 | 6/1/2026 | $39 | $522 |
| 247 | DISP-5881724 | $670 | 6/1/2026 | $60 | $610 |
| 248 | DISP-5885850 | $766 | 6/1/2026 | $59 | $707 |
| 249 | DISP-5885850 | $879 | 6/1/2026 | $80 | $800 |
| 250 | DISP-5883404 | $945 | 6/1/2026 | $83 | $861 |
| 251 | DISP-5885212 | $1,000 | 6/1/2026 | $0 | $1,000 |
| 252 | DISP-5885850 | $1,484 | 6/1/2026 | $79 | $1,405 |
| 253 | DISP-5883404 | $1,484 | 6/1/2026 | $74 | $1,410 |
| 254 | DISP-5881735 | $1,513 | 6/1/2026 | $79 | $1,434 |
| 255 | DISP-5881724 | $1,601 | 6/1/2026 | $74 | $1,526 |
| 256 | DISP-5885950 | $1,921 | 6/1/2026 | $197 | $1,724 |
| 257 | DISP-5883404 | $1,817 | 6/1/2026 | $33 | $1,785 |
| 258 | DISP-5885212 | $1,924 | 6/1/2026 | $0 | $1,924 |
| 259 | DISP-5881724 | $1,960 | 6/1/2026 | $33 | $1,927 |
| 260 | DISP-5885212 | $2,360 | 6/1/2026 | $0 | $2,360 |
| 261 | DISP-5881838 | $3,026 | 6/1/2026 | $158 | $2,869 |
| 262 | DISP-5885212 | $3,143 | 6/1/2026 | $0 | $3,143 |
| 263 | DISP-5885421 | $414 | 6/2/2026 | $40 | $374 |
| 264 | DISP-5881748 | $826 | 6/2/2026 | $59 | $767 |
| 265 | DISP-5891467 | $982 | 6/2/2026 | $80 | $901 |
| 266 | DISP-5885421 | $1,484 | 6/2/2026 | $74 | $1,410 |
| 267 | DISP-5881748 | $1,601 | 6/2/2026 | $79 | $1,522 |
| 268 | DISP-5885421 | $1,817 | 6/2/2026 | $33 | $1,785 |
| 269 | DISP-5891467 | $1,888 | 6/2/2026 | $45 | $1,843 |
| 270 | DISP-5914241 | $2,209 | 6/2/2026 | $53 | $2,156 |
| 271 | DISP-5891467 | $4,627 | 6/2/2026 | $590 | $4,037 |
| 272 | DISP-5914278 | $1,804 | 6/3/2026 | $197 | $1,607 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 273 | DISP-4798315 | $1,804 | 6/3/2026 | $79 | $1,725 |
| 274 | DISP-5892038 | $2,316 | 6/3/2026 | $35 | $2,281 |
| 275 | DISP-5892038 | $2,841 | 6/3/2026 | $91 | $2,750 |
| 276 | DISP-5892038 | $3,783 | 6/3/2026 | $158 | $3,625 |
| 277 | DISP-5891914 | $451 | 6/4/2026 | $39 | $412 |
| 278 | DISP-4598489 | $2,209 | 6/4/2026 | $35 | $2,174 |
| 279 | DISP-4966813 | $2,710 | 6/4/2026 | $141 | $2,569 |
| 280 | DISP-5463942 | $2,710 | 6/4/2026 | $97 | $2,613 |
| 281 | DISP-5891914 | $3,085 | 6/4/2026 | $158 | $2,927 |
| 282 | DISP-5914017 | $3,608 | 6/4/2026 | $149 | $3,459 |
| 283 | DISP-4797272 | $1,804 | 6/5/2026 | $74 | $1,730 |
| 284 | DISP-4798446 | $2,710 | 6/5/2026 | $91 | $2,619 |
| 285 | DISP-4798865 | $3,608 | 6/5/2026 | $393 | $3,215 |
| 286 | DISP-4801407 | $3,608 | 6/5/2026 | $113 | $3,495 |
| 287 | DISP-4954579 | $1,804 | 6/8/2026 | $84 | $1,720 |
| 288 | DISP-4797919 | $5,412 | 6/8/2026 | $237 | $5,175 |
| 289 | DISP-4688655 | $5,412 | 6/9/2026 | $223 | $5,189 |
| 290 | DISP-5543751 | $2,209 | 6/11/2026 | $35 | $2,174 |
| 291 | DISP-5543945 | $2,209 | 6/12/2026 | $190 | $2,019 |
| 292 | DISP-4688658 | $2,209 | 6/15/2026 | $33 | $2,176 |
| 293 | DISP-6019579 | $443 | 6/16/2026 | $55 | $388 |
| 294 | DISP-6014895 | $743 | 6/16/2026 | $56 | $687 |
| 295 | DISP-6028710 | $798 | 6/16/2026 | $63 | $736 |
| 296 | DISP-6017830 | $818 | 6/16/2026 | $35 | $783 |
| 297 | DISP-6016459 | $1,011 | 6/16/2026 | $106 | $905 |
| 298 | DISP-6023361 | $1,030 | 6/16/2026 | $89 | $941 |
| 299 | DISP-6015967 | $1,167 | 6/16/2026 | $78 | $1,089 |
| 300 | DISP-6016459 | $1,588 | 6/16/2026 | $107 | $1,481 |
| 301 | DISP-6023361 | $1,618 | 6/16/2026 | $105 | $1,513 |
| 302 | DISP-6017830 | $1,878 | 6/16/2026 | $41 | $1,837 |
| 303 | DISP-6016459 | $1,944 | 6/16/2026 | $47 | $1,897 |
| 304 | DISP-6019579 | $1,944 | 6/16/2026 | $41 | $1,903 |
| 305 | DISP-6023361 | $1,982 | 6/16/2026 | $50 | $1,932 |
| 306 | DISP-6014895 | $2,173 | 6/16/2026 | $35 | $2,139 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 307 | DISP-6015967 | $2,245 | 6/16/2026 | $35 | $2,210 |
| 308 | DISP-6028710 | $2,316 | 6/16/2026 | $24 | $2,292 |
| 309 | DISP-6023361 | $2,431 | 6/16/2026 | $129 | $2,301 |
| 310 | DISP-6017830 | $2,393 | 6/16/2026 | $21 | $2,372 |
| 311 | DISP-6014895 | $2,666 | 6/16/2026 | $91 | $2,575 |
| 312 | DISP-6015967 | $2,754 | 6/16/2026 | $91 | $2,663 |
| 313 | DISP-6019579 | $3,175 | 6/16/2026 | $89 | $3,086 |
| 314 | DISP-6014895 | $3,550 | 6/16/2026 | $116 | $3,434 |
| 315 | DISP-5162948 | $3,608 | 6/16/2026 | $149 | $3,459 |
| 316 | DISP-5231147 | $5,412 | 6/16/2026 | $590 | $4,822 |
| 317 | DISP-5229282 | $5,412 | 6/16/2026 | $101 | $5,311 |
| 318 | DISP-6015967 | $9,167 | 6/16/2026 | $395 | $8,772 |
| 319 | DISP-6017830 | $9,770 | 6/16/2026 | $365 | $9,405 |
| 320 | DISP-5231669 | $788 | 6/17/2026 | $672 | $116 |
| 321 | DISP-6015129 | $451 | 6/17/2026 | $39 | $412 |
| 322 | DISP-6032097 | $477 | 6/17/2026 | $56 | $421 |
| 323 | DISP-5231500 | $788 | 6/17/2026 | $232 | $556 |
| 324 | DISP-6020656 | $976 | 6/17/2026 | $103 | $873 |
| 325 | DISP-6020656 | $1,050 | 6/17/2026 | $103 | $946 |
| 326 | DISP-6015224 | $1,111 | 6/17/2026 | $134 | $977 |
| 327 | DISP-5533693 | $1,804 | 6/17/2026 | $197 | $1,607 |
| 328 | DISP-6020656 | $2,019 | 6/17/2026 | $40 | $1,979 |
| 329 | DISP-6032097 | $2,094 | 6/17/2026 | $55 | $2,039 |
| 330 | DISP-6015224 | $2,138 | 6/17/2026 | $75 | $2,063 |
| 331 | DISP-5545187 | $2,710 | 6/17/2026 | $496 | $2,214 |
| 332 | DISP-6020656 | $2,476 | 6/17/2026 | $106 | $2,370 |
| 333 | DISP-6032097 | $2,568 | 6/17/2026 | $144 | $2,424 |
| 334 | DISP-6015224 | $2,623 | 6/17/2026 | $197 | $2,426 |
| 335 | DISP-5546092 | $2,710 | 6/17/2026 | $124 | $2,586 |
| 336 | DISP-6020656 | $3,297 | 6/17/2026 | $87 | $3,210 |
| 337 | DISP-6015129 | $4,627 | 6/17/2026 | $237 | $4,390 |
| 338 | DISP-6015224 | $6,984 | 6/17/2026 | $671 | $6,313 |
| 339 | DISP-6032097 | $6,839 | 6/17/2026 | $119 | $6,720 |
| 340 | DISP-5358671 | $10,824 | 6/17/2026 | $408 | $10,416 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 341 | DISP-5334938 | $788 | 6/18/2026 | $442 | $346 |
| 342 | DISP-5883074 | $414 | 6/18/2026 | $0 | $414 |
| 343 | DISP-5335529 | $788 | 6/18/2026 | $90 | $698 |
| 344 | DISP-5883074 | $1,484 | 6/18/2026 | $0 | $1,484 |
| 345 | DISP-5161243 | $1,804 | 6/18/2026 | $0 | $1,804 |
| 346 | DISP-5883074 | $1,817 | 6/18/2026 | $0 | $1,817 |
| 347 | DISP-5231714 | $2,209 | 6/18/2026 | $43 | $2,166 |
| 348 | DISP-5426054 | $2,209 | 6/18/2026 | $42 | $2,167 |
| 349 | DISP-5546016 | $2,209 | 6/18/2026 | $41 | $2,168 |
| 350 | DISP-5232076 | $2,209 | 6/18/2026 | $41 | $2,168 |
| 351 | DISP-5546521 | $2,209 | 6/18/2026 | $33 | $2,176 |
| 352 | DISP-5465549 | $2,209 | 6/18/2026 | $33 | $2,176 |
| 353 | DISP-5233793 | $2,710 | 6/18/2026 | $106 | $2,604 |
| 354 | DISP-5161400 | $3,608 | 6/18/2026 | $149 | $3,459 |
| 355 | DISP-5534607 | $3,608 | 6/18/2026 | $149 | $3,459 |
| 356 | DISP-5161400 | $5,412 | 6/18/2026 | $223 | $5,189 |
| 357 | DISP-6291660 | $103 | 6/19/2026 | $96 | $7 |
| 358 | DISP-5357864 | $2,209 | 6/21/2026 | $35 | $2,174 |
| 359 | DISP-5541856 | $2,710 | 6/21/2026 | $91 | $2,619 |
| 360 | DISP-5534015 | $2,710 | 6/23/2026 | $91 | $2,619 |
| 361 | DISP-6442531 | $109 | 6/25/2026 | $72 | $37 |
| 362 | DISP-6442531 | $767 | 6/25/2026 | $508 | $259 |
| 363 | DISP-6319671 | $554 | 6/25/2026 | $56 | $498 |
| 364 | DISP-6442531 | $1,833 | 6/25/2026 | $1,215 | $619 |
| 365 | DISP-6319671 | $2,430 | 6/25/2026 | $55 | $2,376 |
| 366 | DISP-6319671 | $2,981 | 6/25/2026 | $144 | $2,837 |
| 367 | DISP-6319671 | $5,953 | 6/25/2026 | $357 | $5,597 |
| 368 | DISP-5465899 | $1,804 | 6/26/2026 | $136 | $1,668 |
| 369 | DISP-5464436 | $1,804 | 6/26/2026 | $0 | $1,804 |
| 370 | DISP-5162420 | $2,209 | 6/26/2026 | $54 | $2,155 |
| 371 | DISP-5532097 | $2,209 | 6/26/2026 | $43 | $2,166 |
| 372 | DISP-5534244 | $2,209 | 6/26/2026 | $33 | $2,176 |
| 373 | DISP-6312898 | $1,283 | 6/27/2026 | $117 | $1,166 |
| 374 | DISP-6312898 | $2,468 | 6/27/2026 | $52 | $2,416 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 375 | DISP-5601381 | $2,710 | 6/27/2026 | $124 | $2,586 |
| 376 | DISP-5599682 | $2,710 | 6/27/2026 | $91 | $2,619 |
| 377 | DISP-5600458 | $3,608 | 6/27/2026 | $116 | $3,492 |
| 378 | DISP-6312898 | $6,045 | 6/27/2026 | $357 | $5,688 |
| 379 | DISP-5600268 | $7,216 | 6/27/2026 | $316 | $6,900 |
| 380 | DISP-6458645 | $89 | 7/3/2026 | $29 | $60 |
| 381 | DISP-6458645 | $788 | 7/3/2026 | $275 | $513 |
| 382 | DISP-5600266 | $756 | 7/5/2026 | $60 | $696 |
| 383 | DISP-5601138 | $1,804 | 7/5/2026 | $79 | $1,725 |
| 384 | DISP-5601138 | $1,804 | 7/5/2026 | $79 | $1,725 |
| 385 | DISP-5602711 | $1,804 | 7/5/2026 | $74 | $1,730 |
| 386 | DISP-5602323 | $7,216 | 7/5/2026 | $0 | $7,216 |
| 387 | DISP-6032857 | $572 | 7/6/2026 | $39 | $532 |
| 388 | DISP-6032857 | $1,954 | 7/6/2026 | $79 | $1,875 |
| 389 | DISP-6029667 | $854 | 7/7/2026 | $840 | $14 |
| 390 | DISP-6029667 | $485 | 7/7/2026 | $449 | $36 |
| 391 | DISP-6029667 | $846 | 7/7/2026 | $783 | $63 |
| 392 | DISP-6018501 | $518 | 7/7/2026 | $47 | $471 |
| 393 | DISP-6467895 | $545 | 7/7/2026 | $37 | $508 |
| 394 | DISP-6467895 | $1,009 | 7/7/2026 | $59 | $949 |
| 395 | DISP-6467895 | $2,393 | 7/7/2026 | $35 | $2,358 |
| 396 | DISP-6467895 | $2,935 | 7/7/2026 | $91 | $2,844 |
| 397 | DISP-6467895 | $3,908 | 7/7/2026 | $158 | $3,750 |
| 398 | DISP-6018501 | $5,312 | 7/7/2026 | $95 | $5,217 |
| 399 | DISP-5599944 | $1,008 | 7/8/2026 | $83 | $925 |
| 400 | DISP-5606588 | $2,209 | 7/8/2026 | $53 | $2,156 |
| 401 | DISP-5607622 | $2,209 | 7/8/2026 | $47 | $2,162 |
| 402 | DISP-5605114 | $2,209 | 7/8/2026 | $35 | $2,174 |
| 403 | DISP-5603200 | $53 | 7/9/2026 | $0 | $53 |
| 404 | DISP-5599891 | $197 | 7/11/2026 | $173 | $23 |
| 405 | DISP-5463947 | $2,209 | 7/11/2026 | $0 | $2,209 |
| 406 | DISP-5336553 | $3,608 | 7/11/2026 | $158 | $3,450 |
| 407 | DISP-6442891 | $661 | 7/18/2026 | $70 | $591 |
| 408 | DISP-6442891 | $4,518 | 7/18/2026 | $336 | $4,182 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 409 | DISP-6456795 | $562 | 7/20/2026 | $111 | $451 |
| 410 | DISP-6456795 | $2,015 | 7/20/2026 | $136 | $1,879 |
| 411 | DISP-6456795 | $2,468 | 7/20/2026 | $128 | $2,340 |
| 412 | DISP-6630844 | $616 | 7/23/2026 | $54 | $562 |
| 413 | DISP-6631085 | $1,264 | 7/23/2026 | $83 | $1,180 |
| 414 | DISP-6631085 | $1,984 | 7/23/2026 | $74 | $1,910 |
| 415 | DISP-6630844 | $2,107 | 7/23/2026 | $136 | $1,971 |
| 416 | DISP-6631085 | $2,430 | 7/23/2026 | $33 | $2,398 |
| 417 | DISP-6631085 | $2,981 | 7/23/2026 | $86 | $2,895 |
| 418 | DISP-5547000 | $2,209 | 7/26/2026 | $35 | $2,174 |
| 419 | DISP-6630964 | $103 | 7/29/2026 | $35 | $68 |
| 420 | DISP-6630964 | $188 | 7/29/2026 | $78 | $110 |
| 421 | DISP-6630964 | $788 | 7/29/2026 | $237 | $551 |
| 422 | DISP-6630964 | $3,147 | 7/29/2026 | $91 | $3,056 |
| 423 | DISP-6469020 | $71 | 7/30/2026 | $65 | $6 |
| 424 | DISP-6469020 | $89 | 7/30/2026 | $77 | $12 |
| 425 | DISP-6469020 | $788 | 7/30/2026 | $740 | $48 |
| 426 | DISP-6172377 | $1,331 | 7/30/2026 | $54 | $1,276 |
| 427 | DISP-6172377 | $2,356 | 7/30/2026 | $34 | $2,321 |
| 428 | DISP-6172377 | $3,847 | 7/30/2026 | $149 | $3,698 |
| 429 | DISP-6314994 | $273 | 7/31/2026 | $62 | $211 |
| 430 | DISP-6174288 | $537 | 7/31/2026 | $40 | $497 |
| 431 | DISP-6314994 | $825 | 7/31/2026 | $295 | $530 |
| 432 | DISP-6314994 | $1,954 | 7/31/2026 | $302 | $1,652 |
| 433 | DISP-6174288 | $2,356 | 7/31/2026 | $33 | $2,323 |
| 434 | DISP-6467125 | $2,804 | 7/31/2026 | $55 | $2,749 |
| 435 | DISP-6174288 | $2,889 | 7/31/2026 | $81 | $2,809 |
| 436 | DISP-6467125 | $3,440 | 7/31/2026 | $144 | $3,295 |
| 437 | DISP-6174288 | $3,847 | 7/31/2026 | $149 | $3,698 |
| 438 | DISP-6467125 | $9,159 | 7/31/2026 | $119 | $9,040 |
| 439 | DISP-6801950 | $1,211 | 8/3/2026 | $74 | $1,137 |
| 440 | DISP-6801950 | $1,302 | 8/3/2026 | $70 | $1,232 |
| 441 | DISP-6801950 | $2,505 | 8/3/2026 | $27 | $2,478 |
| 442 | DISP-6801950 | $3,073 | 8/3/2026 | $72 | $3,001 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 443 | DISP-6456644 | $3,253 | 8/3/2026 | $0 | $3,253 |
| 444 | DISP-6801950 | $4,091 | 8/3/2026 | $126 | $3,965 |
| 445 | DISP-6456644 | $3,990 | 8/3/2026 | $0 | $3,990 |
| 446 | DISP-6456644 | $18,593 | 8/3/2026 | $0 | $18,593 |
| 447 | DISP-6173750 | $528 | 8/4/2026 | $100 | $428 |
| 448 | DISP-6173750 | $1,121 | 8/4/2026 | $130 | $991 |
| 449 | DISP-6173750 | $2,316 | 8/4/2026 | $53 | $2,263 |
| 450 | DISP-6173750 | $2,841 | 8/4/2026 | $141 | $2,700 |
| 451 | DISP-6442934 | $115 | 8/10/2026 | $40 | $75 |
| 452 | DISP-6442934 | $537 | 8/10/2026 | $61 | $475 |
| 453 | DISP-6442934 | $1,923 | 8/10/2026 | $112 | $1,812 |
| 454 | DISP-6632236 | $590 | 8/11/2026 | $233 | $357 |
| 455 | DISP-6794260 | $562 | 8/11/2026 | $39 | $523 |
| 456 | DISP-6632236 | $537 | 8/11/2026 | $0 | $537 |
| 457 | DISP-6632236 | $2,356 | 8/11/2026 | $0 | $2,356 |
| 458 | DISP-6794260 | $2,468 | 8/11/2026 | $45 | $2,423 |
| 459 | DISP-6554204 | $2,710 | 8/11/2026 | $141 | $2,569 |
| 460 | DISP-6632236 | $2,889 | 8/11/2026 | $0 | $2,889 |
| 461 | DISP-6794260 | $3,027 | 8/11/2026 | $117 | $2,910 |
| 462 | DISP-6794260 | $6,045 | 8/11/2026 | $590 | $5,455 |
| 463 | DISP-6632118 | $1,057 | 8/14/2026 | $122 | $935 |
| 464 | DISP-6174429 | $1,009 | 8/14/2026 | $58 | $950 |
| 465 | DISP-6632002 | $1,040 | 8/14/2026 | $72 | $968 |
| 466 | DISP-6174429 | $1,157 | 8/14/2026 | $78 | $1,079 |
| 467 | DISP-6632002 | $1,193 | 8/14/2026 | $96 | $1,097 |
| 468 | DISP-6468876 | $1,244 | 8/14/2026 | $83 | $1,161 |
| 469 | DISP-6632118 | $1,594 | 8/14/2026 | $104 | $1,490 |
| 470 | DISP-6174429 | $1,954 | 8/14/2026 | $197 | $1,757 |
| 471 | DISP-6468876 | $1,954 | 8/14/2026 | $74 | $1,880 |
| 472 | DISP-6632002 | $2,015 | 8/14/2026 | $95 | $1,920 |
| 473 | DISP-6468876 | $2,393 | 8/14/2026 | $33 | $2,360 |
| 474 | DISP-6632118 | $3,066 | 8/14/2026 | $59 | $3,007 |
| 475 | DISP-6632118 | $3,761 | 8/14/2026 | $153 | $3,607 |
| 476 | DISP-6632118 | $10,014 | 8/14/2026 | $500 | $9,514 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 477 | DISP-6315937 | $55 | 8/16/2026 | $44 | $11 |
| 478 | DISP-6315937 | $117 | 8/16/2026 | $94 | $23 |
| 479 | DISP-6315937 | $144 | 8/16/2026 | $115 | $29 |
| 480 | DISP-6315937 | $594 | 8/16/2026 | $476 | $119 |
| 481 | DISP-6319566 | $589 | 8/16/2026 | $0 | $589 |
| 482 | DISP-6319504 | $2,804 | 8/16/2026 | $50 | $2,755 |
| 483 | DISP-6319753 | $3,178 | 8/16/2026 | $35 | $3,144 |
| 484 | DISP-6319504 | $3,440 | 8/16/2026 | $129 | $3,310 |
| 485 | DISP-6319753 | $3,898 | 8/16/2026 | $91 | $3,807 |
| 486 | DISP-6319504 | $6,869 | 8/16/2026 | $316 | $6,553 |
| 487 | DISP-6319566 | $8,060 | 8/16/2026 | $0 | $8,060 |
| 488 | DISP-6319753 | $20,760 | 8/16/2026 | $631 | $20,129 |
| 489 | DISP-6989604 | $1,264 | 8/18/2026 | $89 | $1,175 |
| 490 | DISP-6989604 | $2,430 | 8/18/2026 | $34 | $2,396 |
| 491 | DISP-6989604 | $3,969 | 8/18/2026 | $149 | $3,820 |
| 492 | DISP-6469071 | $112 | 8/19/2026 | $89 | $22 |
| 493 | DISP-6802007 | $607 | 8/19/2026 | $31 | $576 |
| 494 | DISP-6802007 | $6,228 | 8/19/2026 | $518 | $5,710 |
| 495 | DISP-6793335 | $1,555 | 8/21/2026 | $85 | $1,470 |
| 496 | DISP-6793335 | $2,991 | 8/21/2026 | $47 | $2,944 |
| 497 | DISP-6793335 | $3,669 | 8/21/2026 | $123 | $3,546 |
| 498 | DISP-6793335 | $7,327 | 8/21/2026 | $590 | $6,737 |
| 499 | DISP-6631234 | $520 | 8/24/2026 | $97 | $423 |
| 500 | DISP-6631234 | $2,280 | 8/24/2026 | $65 | $2,215 |
| 501 | DISP-6631234 | $2,797 | 8/24/2026 | $136 | $2,661 |
| 502 | DISP-6631939 | $563 | 8/25/2026 | $53 | $509 |
| 503 | DISP-6632143 | $788 | 8/25/2026 | $237 | $551 |
| 504 | DISP-6802030 | $946 | 8/25/2026 | $84 | $862 |
| 505 | DISP-6632143 | $1,264 | 8/25/2026 | $78 | $1,186 |
| 506 | DISP-6632143 | $2,430 | 8/25/2026 | $35 | $2,396 |
| 507 | DISP-6802030 | $2,767 | 8/25/2026 | $55 | $2,712 |
| 508 | DISP-6632143 | $2,981 | 8/25/2026 | $91 | $2,890 |
| 509 | DISP-6802030 | $3,394 | 8/25/2026 | $144 | $3,249 |
| 510 | DISP-6631939 | $3,847 | 8/25/2026 | $238 | $3,609 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 511 | DISP-6802030 | $4,518 | 8/25/2026 | $238 | $4,281 |
| 512 | DISP-6649969 | $846 | 8/26/2026 | $393 | $453 |
| 513 | DISP-6632286 | $571 | 8/27/2026 | $69 | $502 |
| 514 | DISP-6632286 | $2,505 | 8/27/2026 | $79 | $2,426 |
| 515 | DISP-6632286 | $3,073 | 8/27/2026 | $206 | $2,867 |
| 516 | DISP-7120630 | $1,458 | 8/29/2026 | $63 | $1,395 |
| 517 | DISP-7120630 | $2,804 | 8/29/2026 | $35 | $2,769 |
| 518 | DISP-7120630 | $3,440 | 8/29/2026 | $91 | $3,348 |
| 519 | DISP-7120630 | $22,898 | 8/29/2026 | $0 | $22,898 |
| 520 | DISP-7111595 | $1,352 | 8/30/2026 | $83 | $1,269 |
| 521 | DISP-7111595 | $1,954 | 8/30/2026 | $112 | $1,842 |
| 522 | DISP-7111595 | $2,393 | 8/30/2026 | $52 | $2,341 |
| 523 | DISP-7121608 | $554 | 8/31/2026 | $57 | $497 |
| 524 | DISP-7121608 | $1,175 | 8/31/2026 | $119 | $1,056 |
| 525 | DISP-7121608 | $2,430 | 8/31/2026 | $46 | $2,384 |
| 526 | DISP-7121608 | $2,981 | 8/31/2026 | $122 | $2,859 |
| 527 | DISP-7121608 | $3,969 | 8/31/2026 | $201 | $3,768 |
| 528 | DISP-7121145 | $554 | 9/3/2026 | $40 | $514 |
| 529 | DISP-7121145 | $1,175 | 9/3/2026 | $87 | $1,088 |
| 530 | DISP-7121145 | $2,430 | 9/3/2026 | $33 | $2,398 |
| 531 | DISP-7121145 | $2,981 | 9/3/2026 | $86 | $2,895 |
| 532 | DISP-7121145 | $3,969 | 9/3/2026 | $149 | $3,820 |
| 533 | DISP-6985960 | $1,244 | 9/14/2026 | $78 | $1,166 |
| 534 | DISP-6985960 | $2,393 | 9/14/2026 | $35 | $2,358 |
| 535 | DISP-6985960 | $2,935 | 9/14/2026 | $91 | $2,844 |
| 536 | DISP-6985960 | $3,908 | 9/14/2026 | $158 | $3,750 |
| 537 | DISP-6981992 | $571 | 9/16/2026 | $0 | $571 |
| 538 | DISP-6981992 | $1,056 | 9/16/2026 | $0 | $1,056 |
| 539 | DISP-6986561 | $1,361 | 9/16/2026 | $117 | $1,243 |
| 540 | DISP-7309392 | $2,229 | 9/16/2026 | $79 | $2,150 |
| 541 | DISP-6981992 | $2,505 | 9/16/2026 | $0 | $2,505 |
| 542 | DISP-6986561 | $2,617 | 9/16/2026 | $55 | $2,563 |
| 543 | DISP-7309392 | $2,729 | 9/16/2026 | $35 | $2,695 |
| 544 | DISP-6986561 | $3,210 | 9/16/2026 | $144 | $3,066 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 545 | DISP-6981992 | $3,073 | 9/16/2026 | $0 | $3,073 |
| 546 | DISP-7309392 | $3,348 | 9/16/2026 | $91 | $3,257 |
| 547 | DISP-6981992 | $6,137 | 9/16/2026 | $0 | $6,137 |
| 548 | DISP-6986561 | $17,097 | 9/16/2026 | $7,608 | $9,488 |
| 549 | DISP-6801781 | $176 | 9/18/2026 | $78 | $98 |
| 550 | DISP-6801781 | $485 | 9/18/2026 | $91 | $394 |
| 551 | DISP-6801961 | $571 | 9/18/2026 | $48 | $523 |
| 552 | DISP-6801781 | $846 | 9/18/2026 | $158 | $688 |
| 553 | DISP-6801781 | $854 | 9/18/2026 | $35 | $819 |
| 554 | DISP-6801961 | $2,505 | 9/18/2026 | $39 | $2,466 |
| 555 | DISP-6989673 | $3,103 | 9/18/2026 | $35 | $3,069 |
| 556 | DISP-6989673 | $3,806 | 9/18/2026 | $91 | $3,715 |
| 557 | DISP-6989673 | $5,068 | 9/18/2026 | $158 | $4,910 |
| 558 | DISP-6801961 | $10,228 | 9/18/2026 | $419 | $9,808 |
| 559 | DISP-7276320 | $103 | 9/21/2026 | $45 | $58 |
| 560 | DISP-7276320 | $176 | 9/21/2026 | $80 | $96 |
| 561 | DISP-6989821 | $580 | 9/21/2026 | $40 | $540 |
| 562 | DISP-6989821 | $3,969 | 9/21/2026 | $0 | $3,969 |
| 563 | DISP-7372220 | $116 | 9/22/2026 | $31 | $85 |
| 564 | DISP-7372220 | $816 | 9/22/2026 | $64 | $752 |
| 565 | DISP-6631965 | $103 | 9/23/2026 | $33 | $70 |
| 566 | DISP-6632045 | $93 | 9/23/2026 | $19 | $74 |
| 567 | DISP-6632045 | $176 | 9/23/2026 | $78 | $98 |
| 568 | DISP-6631965 | $198 | 9/23/2026 | $83 | $115 |
| 569 | DISP-6632045 | $846 | 9/23/2026 | $587 | $259 |
| 570 | DISP-6632045 | $485 | 9/23/2026 | $113 | $372 |
| 571 | DISP-6631168 | $607 | 9/23/2026 | $59 | $548 |
| 572 | DISP-6631965 | $788 | 9/23/2026 | $149 | $639 |
| 573 | DISP-7308369 | $831 | 9/23/2026 | $56 | $775 |
| 574 | DISP-6632045 | $854 | 9/23/2026 | $43 | $811 |
| 575 | DISP-7308369 | $2,430 | 9/23/2026 | $35 | $2,396 |
| 576 | DISP-7308369 | $2,981 | 9/23/2026 | $91 | $2,890 |
| 577 | DISP-7308369 | $3,969 | 9/23/2026 | $158 | $3,811 |
| 578 | DISP-6631168 | $4,152 | 9/23/2026 | $238 | $3,914 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 579 | DISP-7094608 | $469 | 9/24/2026 | $40 | $428 |
| 580 | DISP-7094608 | $994 | 9/24/2026 | $87 | $907 |
| 581 | DISP-6801995 | $1,244 | 9/24/2026 | $78 | $1,166 |
| 582 | DISP-7114039 | $1,264 | 9/24/2026 | $31 | $1,233 |
| 583 | DISP-7094608 | $2,056 | 9/24/2026 | $33 | $2,024 |
| 584 | DISP-6801995 | $2,393 | 9/24/2026 | $35 | $2,358 |
| 585 | DISP-7114039 | $2,430 | 9/24/2026 | $13 | $2,418 |
| 586 | DISP-7094608 | $2,522 | 9/24/2026 | $86 | $2,437 |
| 587 | DISP-7094608 | $3,358 | 9/24/2026 | $149 | $3,210 |
| 588 | DISP-7114039 | $3,969 | 9/24/2026 | $63 | $3,906 |
| 589 | DISP-6801995 | $9,770 | 9/24/2026 | $395 | $9,375 |
| 590 | DISP-7094687 | $982 | 9/25/2026 | $78 | $904 |
| 591 | DISP-7094687 | $1,888 | 9/25/2026 | $35 | $1,854 |
| 592 | DISP-7094687 | $4,627 | 9/25/2026 | $237 | $4,390 |
| 593 | DISP-7111066 | $1,497 | 9/26/2026 | $117 | $1,379 |
| 594 | DISP-7111066 | $2,879 | 9/26/2026 | $55 | $2,824 |
| 595 | DISP-7111066 | $3,531 | 9/26/2026 | $144 | $3,387 |
| 596 | DISP-7111066 | $4,702 | 9/26/2026 | $238 | $4,464 |
| 597 | DISP-7483569 | $134 | 9/28/2026 | $59 | $75 |
| 598 | DISP-7112221 | $554 | 9/28/2026 | $27 | $526 |
| 599 | DISP-7483569 | $788 | 9/28/2026 | $79 | $709 |
| 600 | DISP-7112221 | $2,430 | 9/28/2026 | $22 | $2,408 |
| 601 | DISP-7112221 | $2,981 | 9/28/2026 | $59 | $2,922 |
| 602 | DISP-7112221 | $3,969 | 9/28/2026 | $104 | $3,865 |
| 603 | DISP-7484904 | $103 | 9/29/2026 | $93 | $10 |
| 604 | DISP-7484904 | $198 | 9/29/2026 | $172 | $26 |
| 605 | DISP-7484904 | $788 | 9/29/2026 | $743 | $45 |
| 606 | DISP-7121270 | $1,283 | 9/29/2026 | $78 | $1,205 |
| 607 | DISP-7121270 | $2,015 | 9/29/2026 | $79 | $1,936 |
| 608 | DISP-7121270 | $2,468 | 9/29/2026 | $35 | $2,433 |
| 609 | DISP-7121270 | $3,027 | 9/29/2026 | $91 | $2,936 |
| 610 | DISP-7489780 | $32 | 9/30/2026 | $0 | $32 |
| 611 | DISP-7485653 | $89 | 9/30/2026 | $45 | $44 |
| 612 | DISP-7489780 | $52 | 9/30/2026 | $0 | $52 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 613 | DISP-7485653 | $846 | 9/30/2026 | $786 | $60 |
| 614 | DISP-7489780 | $342 | 9/30/2026 | $0 | $342 |
| 615 | DISP-7485653 | $485 | 9/30/2026 | $129 | $356 |
| 616 | DISP-7485653 | $533 | 9/30/2026 | $89 | $444 |
| 617 | DISP-6989394 | $545 | 9/30/2026 | $56 | $490 |
| 618 | DISP-7489810 | $562 | 9/30/2026 | $40 | $522 |
| 619 | DISP-7485653 | $854 | 9/30/2026 | $50 | $805 |
| 620 | DISP-6989394 | $2,393 | 9/30/2026 | $52 | $2,341 |
| 621 | DISP-7489810 | $2,468 | 9/30/2026 | $33 | $2,435 |
| 622 | DISP-6989394 | $3,908 | 9/30/2026 | $238 | $3,670 |
| 623 | DISP-7489810 | $4,030 | 9/30/2026 | $149 | $3,881 |
| 624 | DISP-7472431 | $103 | 10/1/2026 | $52 | $51 |
| 625 | DISP-7472431 | $198 | 10/1/2026 | $132 | $66 |
| 626 | DISP-7489751 | $103 | 10/1/2026 | $22 | $81 |
| 627 | DISP-7489751 | $198 | 10/1/2026 | $57 | $142 |
| 628 | DISP-7472431 | $369 | 10/1/2026 | $136 | $233 |
| 629 | DISP-7489751 | $369 | 10/1/2026 | $59 | $310 |
| 630 | DISP-7472431 | $788 | 10/1/2026 | $224 | $564 |
| 631 | DISP-7489751 | $788 | 10/1/2026 | $104 | $684 |
| 632 | DISP-7436132 | $52 | 10/3/2026 | $34 | $17 |
| 633 | DISP-7436132 | $136 | 10/3/2026 | $90 | $46 |
| 634 | DISP-7436132 | $224 | 10/3/2026 | $149 | $75 |
| 635 | DISP-7436132 | $571 | 10/3/2026 | $43 | $528 |
| 636 | DISP-7309361 | $176 | 10/4/2026 | $78 | $98 |
| 637 | DISP-7309361 | $485 | 10/4/2026 | $91 | $394 |
| 638 | DISP-7309361 | $846 | 10/4/2026 | $237 | $609 |
| 639 | DISP-7309361 | $854 | 10/4/2026 | $35 | $819 |
| 640 | DISP-7309242 | $89 | 10/5/2026 | $0 | $89 |
| 641 | DISP-7417259 | $625 | 10/5/2026 | $0 | $625 |
| 642 | DISP-7309242 | $788 | 10/5/2026 | $0 | $788 |
| 643 | DISP-7417259 | $10,686 | 10/5/2026 | $0 | $10,686 |
| 644 | DISP-7482431 | $112 | 10/6/2026 | $74 | $38 |
| 645 | DISP-7482431 | $132 | 10/6/2026 | $87 | $45 |
| 646 | DISP-7624684 | $563 | 10/6/2026 | $39 | $523 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 647 | DISP-7624684 | $1,923 | 10/6/2026 | $79 | $1,844 |
| 648 | DISP-7223331 | $2,046 | 10/6/2026 | $79 | $1,967 |
| 649 | DISP-7482431 | $2,468 | 10/6/2026 | $33 | $2,435 |
| 650 | DISP-6985419 | $52 | 10/7/2026 | $33 | $19 |
| 651 | DISP-6985419 | $224 | 10/7/2026 | $149 | $75 |
| 652 | DISP-7372271 | $111 | 10/7/2026 | $31 | $80 |
| 653 | DISP-7372271 | $520 | 10/7/2026 | $43 | $477 |
| 654 | DISP-7109096 | $122 | 10/8/2026 | $44 | $79 |
| 655 | DISP-7109096 | $485 | 10/8/2026 | $91 | $394 |
| 656 | DISP-7109096 | $846 | 10/8/2026 | $408 | $438 |
| 657 | DISP-7109096 | $854 | 10/8/2026 | $35 | $819 |
| 658 | DISP-7417972 | $89 | 10/9/2026 | $39 | $50 |
| 659 | DISP-7624822 | $124 | 10/9/2026 | $54 | $70 |
| 660 | DISP-7619981 | $485 | 10/9/2026 | $91 | $394 |
| 661 | DISP-7618186 | $562 | 10/9/2026 | $40 | $522 |
| 662 | DISP-7478639 | $554 | 10/9/2026 | $27 | $526 |
| 663 | DISP-7619981 | $846 | 10/9/2026 | $237 | $609 |
| 664 | DISP-7417972 | $788 | 10/9/2026 | $79 | $709 |
| 665 | DISP-7624822 | $846 | 10/9/2026 | $74 | $772 |
| 666 | DISP-7619981 | $854 | 10/9/2026 | $35 | $819 |
| 667 | DISP-7624822 | $854 | 10/9/2026 | $34 | $820 |
| 668 | DISP-7618186 | $1,193 | 10/9/2026 | $87 | $1,106 |
| 669 | DISP-7306451 | $1,244 | 10/9/2026 | $82 | $1,162 |
| 670 | DISP-7306451 | $2,393 | 10/9/2026 | $38 | $2,355 |
| 671 | DISP-7478639 | $2,430 | 10/9/2026 | $22 | $2,408 |
| 672 | DISP-7618186 | $2,468 | 10/9/2026 | $33 | $2,435 |
| 673 | DISP-7306451 | $2,935 | 10/9/2026 | $101 | $2,834 |
| 674 | DISP-7618186 | $3,027 | 10/9/2026 | $86 | $2,941 |
| 675 | DISP-7306451 | $3,908 | 10/9/2026 | $166 | $3,741 |
| 676 | DISP-7478639 | $3,969 | 10/9/2026 | $104 | $3,865 |
| 677 | DISP-7618186 | $4,030 | 10/9/2026 | $149 | $3,881 |
| 678 | DISP-7309291 | $537 | 10/12/2026 | $56 | $481 |
| 679 | DISP-7309381 | $545 | 10/12/2026 | $37 | $508 |
| 680 | DISP-7309291 | $1,923 | 10/12/2026 | $119 | $1,805 |

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Outstanding Amount as of 10/15/26* |
|---|---|---|---|---|---|
| 681 | DISP-7309291 | $2,356 | 10/12/2026 | $52 | $2,304 |
| 682 | DISP-7309381 | $2,393 | 10/12/2026 | $35 | $2,358 |
| 683 | DISP-7309291 | $2,889 | 10/12/2026 | $137 | $2,752 |
| 684 | DISP-7309381 | $2,935 | 10/12/2026 | $91 | $2,844 |
| 685 | DISP-7309381 | $3,908 | 10/12/2026 | $158 | $3,750 |
| 686 | DISP-7121367 | $554 | 10/13/2026 | $37 | $517 |
| 687 | DISP-7121367 | $2,430 | 10/13/2026 | $35 | $2,396 |
| 688 | DISP-7121367 | $2,981 | 10/13/2026 | $91 | $2,890 |
| 689 | DISP-7121367 | $3,969 | 10/13/2026 | $158 | $3,811 |
| | **Totals:** | **$1,642,830** | | **$174,312** | **$1,468,518** |

***Amount Rounded to the Nearest Dollar**